**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GREAT AMERICAN INSURANCE COMPANY,  :
:
                Plaintiff,                             :                      19-CV-2592 (GBD) (OTW)
:
                -against-                           :                         **ORDER**
:
REGEN, BENZ & MACKENZIE, CPA's P.C.,  :
:
                Defendant.                          :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court held a status conference in this matter on October 22, 2019. As discussed at the conference, the parties shall file their dispositive motions, if any, by **March 9, 2020**.

      The Court will hold a Settlement Status Call on **Wednesday, December 4, 2019 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

      **SO ORDERED.**

                                                                                     *s/ Ona T. Wang*

Dated:  October 22, 2019                                           **Ona T. Wang**
         New York, New York                             United States Magistrate Judge