**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GREAT AMERICAN INSURANCE COMPANY,  :
:
                          Plaintiff,                :                19-CV-2592 (GBD) (OTW)
:
                          -against-               :                      **ORDER**
:
REGEN, BENZ & MACKENZIE, CPA's P.C.,  :
:
                       Defendant.            :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a settlement status call on December 10, 2019. As discussed on the call, the parties are directed to file a joint status letter by **January 17, 2020**, providing an update on discovery and on the underlying state court action.

**SO ORDERED.**

                                                                            *s/ Ona T. Wang*
Dated: December 10, 2019                                          **Ona T. Wang**
      New York, New York                                   United States Magistrate Judge