**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GREAT AMERICAN INSURANCE COMPANY,     :
                                                                            :
                       Plaintiff,               :           19-CV-2592 (GBD) (OTW)
                                                             :
                 -against-               :                  **ORDER**
                                                             :
REGEN, BENZ & MACKENZIE, CPA's P.C.,    :
                                                              :
                   Defendant.      :
                                                              :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status call in this matter on February 26, 2020. As discussed on the call, the parties shall file a joint status letter by **close of business, Monday, March 2, 2020**.

**SO ORDERED.**

                                                                                            *s/ Ona T. Wang*

Dated: February 26, 2020                                             **Ona T. Wang**
      New York, New York                                     United States Magistrate Judge