**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GREAT AMERICAN INSURANCE COMPANY,

                Plaintiff,

                -against-

REGEN, BENZ & MACKENZIE, CPA's P.C.,

                Defendant.
------------------------------------------------------------x

19-CV-2592 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' request for an extension of deadlines. (ECF 42-1). Accordingly, the Court adopts the following deadlines: All discovery is to be completed by **July 1, 2020.** No further extensions. Dispositive motions, if any, shall be filed by **August 17, 2020**. The Court will hold a Post-Discovery Status Conference on **Tuesday, July 7, 2020 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street.

**SO ORDERED.**

                                                                     *s/ Ona T. Wang*

Dated: March 10, 2020                                       **Ona T. Wang**
         New York, New York                        United States Magistrate Judge