BLEAKLEYPLATT
ATTORNEYS AT LAW

Susan E. Galvão
914.287.6193
sgalvao@bpslaw.com

BLEAKLEY PLATT & SCHMIDT, LLP
NEW YORK | CONNECTICUT

September 23, 2020

**Electronic Filing (via ECF)**

Hon. Ona T. Wang, United States Magistrate Judge
United States Courthouse, Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Attn: Alexandra Wang, Esq.

    RE: Great American Insurance Company v. Regen, Benz
           & MacKenzie, CPAs PC, Civ No.: 1:19-cv-02592 (GBD)(OTW)
           Pre-Settlement Conference

Dear Judge Wang:

    This office represents the defendant, Regen, Benz & MacKenzie, CPAs ("Regen Benz") in the above-referenced action. We write jointly with counsel for plaintiff, Great American Insurance Company ("GAIC"), in order to update the Court as to the status of this case and fix a date for our next conference. We have conferred with counsel for the parties in the underlying state court action, and we are writing to report that we are available for a "pre-settlement" telephone conference with the Court and counsel in both actions on October 15, 2020, at 11 a.m. We request that the Court confirm that the date and time is still convenient for the Court - and, if so, we will so advise all counsel and await instructions as to a call-in number.

    We thank the Court for its consideration.

                                              Respectfully,

                                              Susan E. Galvão

SEG:sam

cc: Counsel of Record (via ECF)

PHONE: 914.949.2700 | ONE NORTH LEXINGTON AVENUE | WHITE PLAINS, NEW YORK 10601 | FAX: 914.683.6956
bpslaw.com