**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
GREAT AMERICAN INSURANCE COMPANY,

                Plaintiff,

       -against-

REGEN, BENZ & MACKENZIE, CPA's P.C.,

                Defendant.
----------------------------------------------------------x

19-CV-2592 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

By November 12, 2020, parties' and Laura Lemle's counsels are directed to submit a letter to the Court with three mutually available times in December, Tuesdays – Thursday, for a pre-settlement call that includes parties' and Dr. Lemle's counsels.

**SO ORDERED.**

                                             _s/ Ona T. Wang_

Dated: November 4, 2020                         **Ona T. Wang**
      New York, New York             United States Magistrate Judge